UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC.,<br><br>                    Plaintiff,<br><br>                    -v-<br><br>27GARDEN, ABC TOYS DROPSHIPPING STORE, ALISO STORE, BESTHOME888, BLUE_SPORTS, BRHOME STORE, CHILDHOOD WORLD TOY STORE, CUP0830, DORIS HOME, FUNNYCHOOD STORE, GOODHG, HOME OF STARRY NIGHT STORE, HOMEBETTER2022, HOMEGARDEN1, JOY-TOYS DROPSHIPPING STORE, LIANGJINGJING_HOME, LIFE MALL, LILIAN_WHOLESALE, LITTLESTOOL SWEETHOME STORE, LOVELY MOMENT STORE, LOVESTORE0830, MAINLANDGOODS STORE, MATTEL TOYS STORE, MATTELS TOY WORLD STORE, P97I, POPULAR_TOY, RICHFLYS.STORE a/k/a PENNYUS.SHOP, SHENZHEN JIEJIE GAO INFORMATION TECHNOLOGY CO., LTD., SHOP1102219102 STORE, SHOP1102352055 STORE, SHOPPINGMALL777, SIMPLE MIND STORE, SPECIAL_SALE, SUBLIMATION_STORE a/k/a ESW_HOME2, SUPERMARKET_TOY, TAIYUANZHAOLEIXINXIJISHUYOUXIAN GONGSI., TAKARA TOMY RZ TOYS STORE, THE GIRL NEXT DOOR TRADING CO., LTD, THE SEA FOR STORE, TOMY TOYS STORE, TOP SHOP, TOY KINGDOM STORE, US_PENNSYLVANIA, VINCENT BESTCHOICE STORE and XREA,<br><br>                    Defendants. | **UNSEALING ORDER**<br><br>22 Civ. 9842 (JPC) |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 13th day of December, 2022, at 5:00 p.m.
New York, New York

_____
HON. JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE

1