JUDGE CRONAN 22 CV 09842
Case 1:22-cv-09842-JPC Document 5 Filed 12/13/22 Page 1 of 3
Case 1:22-mc-00324-VEC Document 1-5 (Ex Parte) Filed 11/17/22 Page 1 of 3

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:  (212) 292-5390
Facsimile:  (212) 292-5391
*Attorneys for Plaintiff
Mattel, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC.,<br><br>*Plaintiff*<br><br>v.<br><br>27GARDEN, ABC TOYS DROPSHIPPING STORE, ALISO STORE, BESTHOME888, BLUE_SPORTS, BRHOME STORE, CHILDHOOD WORLD TOY STORE, CUP0830, DORIS HOME, FUNNYCHOOD STORE, GOODHG, HOME OF STARRY NIGHT STORE, HOMEBETTER2022, HOMEGARDEN1, JOY-TOYS DROPSHIPPING STORE, LIANGJINGJING_HOME, LIFE MALL, LILIAN_WHOLESALE, LITTLESTOOL SWEETHOME STORE, LOVELY MOMENT STORE, LOVESTORE0830, MAINLANDGOODS STORE, MATTEL TOYS STORE, MATTELS TOY WORLD STORE, P97I, POPULAR_TOY, RICHFLYS.STORE a/k/a PENNYUS.SHOP, SHENZHEN JIEJIE GAO INFORMATION TECHNOLOGY CO., LTD., SHOP1102219102 STORE, SHOP1102352055 STORE, SHOPPINGMALL777, SIMPLE MIND STORE, SPECIAL_SALE, SUBLIMATION_STORE a/k/a ESW_HOME2, SUPERMARKET_TOY, TAIYUANZHAOLEIXINXIJISHUYOUXIANGONG SI., TAKARA TOMY RZ TOYS STORE, THE GIRL NEXT DOOR TRADING CO., LTD, THE SEA FOR STORE, TOMY TOYS STORE, TOP SHOP, TOY KINGDOM STORE, US_PENNSYLVANIA, | MISCELLANEOUS CASE No.<br>No. 22-mc-324<br><br>[PROPOSED]<br>ORDER TEMPORARILY<br>SEALING FILE<br><br>FILED UNDER SEAL |

On this day, the Court considered Plaintiff's Motion for Leave to File Case Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint and exhibits attached thereto and Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Defendants' Websites, Defendants' Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Michael Moore and Gabriela N. Nastasi and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court.

The Clerk of the Court is directed to restrict access to this Order to the selected party viewing level. The Clerk of the Court is directed to close this miscellaneous matter. It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

SIGNED this 17th day of November, 2022, at 5 P.M.

                                                                              */s/ Valerie Caproni*
                                                                             UNITED STATES DISTRICT JUDGE

| |
|---|
| VINCENT BESTCHOICE STORE and XREA, |
| *Defendants* |