UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MATTEL, INC.,

                Plaintiff,

      -v-                                            22 Civ. 9842 (JPC)

27 GARDEN, *et al.*,                         SEALED ORDER

                Defendants.

-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court will hold a hearing on November 23, 2022 at 9:00 a.m. to decide Plaintiff's *ex parte* application for a temporary restraining order, an asset restraining order, a show cause order regarding a preliminary injunction, an order authorizing bifurcated and alternative service, and an order authorizing expedited discovery. The hearing will take place telephonically. At the scheduled time, Plaintiff's counsel should call (866) 434-5269, access code 9176261

       SO ORDERED.

Dated: November 21, 2022
       New York, New York

                                                    JOHN P. CRONAN
                                                  United States District Judge