UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MATTEL, INC.,                                                    :
                                                                 :
                            Plaintiff,                           :
                                                                 :   22 Civ. 9842 (JPC)
            -v-                                                  :
                                                                 :   <u>SEALED ORDER</u>
27GARDEN, et al.,                                                :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The preliminary injunction hearing scheduled for December 7, 2022 at 10:30 a.m. shall be conducted telephonically. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

It is further ordered that Plaintiff shall serve this Order on Defendants immediately and that service of this Order by the alternative means described in the Court's November 23, 2022 Order Authorizing Bifurcated and Alternative Service shall be deemed effective as to Defendants for the same sufficient cause shown as to that previous Order.

SO ORDERED.

Dated: November 30, 2022
       New York, New York
                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge