```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MATTEL, INC.,                                                          :
                                                                       :
                           Plaintiff,                                  :
                                                                       :        22 Civ. 9842 (JPC)
              -v-                                                      :
                                                                       :              ORDER
27Garden, et al.,                                                      :
                                                                       :
                           Defendants.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      By Order dated February 17, 2023, the Court stayed this case for fifteen Defendants and ordered Plaintiff to move for default judgment as to the remaining Defendants by April 14, 2023. Plaintiff has failed to so move. Therefore, Plaintiff shall file its motion by April 27, 2023. Any responses shall be due May 18, 2023. Plaintiff shall file any reply by June 1, 2023. The show cause hearing scheduled for June 9, 2023 is adjourned until June 23, 2023 at 10:00 a.m. The hearing shall be conducted telephonically. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

      SO ORDERED.

Dated: April 18, 2023
       New York, New York

                                               JOHN P. CRONAN
                                        United States District Judge