UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MATTEL, INC., :
:
                Plaintiff, :
: 22 Civ. 9842 (JPC)
      -v- :
: ORDER
27GARDEN, *et al.*, :
:
                Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On February 17, 2023, the Court stayed this case with respect to fifteen defendants.  Dkt. 24.  On April 27, 2023, Plaintiff filed a notice of voluntary dismissal as to fourteen of those fifteen defendants.  Dkt. 26.  Only Lovely Moment Store remains of the stayed defendants.  By May 17, 2023, Plaintiff shall inform the Court how it intends to proceed as to Lovely Moment Store.

        SO ORDERED.

Dated: May 11, 2023
       New York, New York
                                                            JOHN P. CRONAN
                                           United States District Judge