UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MATTEL, INC.,                                                          :
:
                Plaintiff,                          :
:     22 Civ. 9842 (JPC)
    -v-                                                                :
:        ORDER
27garden *et al.*,                                                     :
:
                Defendants.                         :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The show cause hearing scheduled for June 23, 2023 at 10:00 a.m. is adjourned until June 23, 2023 at 2:00 p.m.  The hearing shall be conducted telephonically.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  Plaintiff shall serve a copy of this Order on Defendants by June 21, 2023 and shall file proof of such service on the docket by June 22, 2023.

       SO ORDERED.

Dated: June 20, 2023
       New York, New York
                                                  JOHN P. CRONAN
                                                    United States District Judge