UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MATTEL, INC.,                                                          :
:
                      Plaintiff,                                :
:       22 Civ. 9842 (JPC)
         -v-                                                  :
:       <u>ORDER</u>
27garden *et al.*,                                                     :
:
                      Defendants.                           :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By Order dated February 17, 2023, the Court ordered Plaintiff to move for a default judgment against certain Defendants, scheduled a show cause hearing, and ordered Plaintiff to serve Defendants with a copy of that order within one week and to file proof of service of that Order on the docket by one week after service.  Dkt. 24.  Plaintiff did not file that proof of service.  Therefore, Plaintiff shall file proof of such service by June 21, 2023 or inform the Court by that date that it failed to serve the February 17, 2023 Order on Defendants.

      SO ORDERED.

Dated: June 20, 2023
       New York, New York
                                                        JOHN P. CRONAN
                                          United States District Judge